# United States District Court

WESTERN DISTRICT OF WASHINGTON

JANE M. KIRK

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5459RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred in his decision as described in the report; and

the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

   July 1, 2008                                                     BRUCE RIFKIN
Date                                                                          Clerk

                                                                         *s/Caroline M. Gonzalez*
                                                                         Deputy Clerk