# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JANE M. KIRK,** | Civil No. C07-5459 RBL |
| Plaintiff, | |
| vs. | **ORDER FOR EAJA FEES** |
| **MICHAEL J. ASTRUE, COMMISSIONER of Social Security,** | |
| Defendant. | NOTE ON MOTION CALENDAR July 22, 2008 *without oral argument* |

## ORDER

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, the stipulation of the parties, plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney, it is hereby ordered that EAJA attorney's fees of $4,523.50 and expenses of $16.14 and costs of -0-, for a total of $4,539.64 shall be paid to the order of Rosemary B. Schurman for work performed in this case in this Court.

Dated this 1st day of August, 2008

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order for EAJA Fees- C07-5459- page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 425-821-5714

Presented by:

s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way
Kirkland, WA 98034
425-821-8577 - rbschurman@aol.com