# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **JANE M. KIRK,** | Civil No. C07-5459 RBL-KLS |
| Plaintiff, | **ORDER FOR 42 U.S.C. § 406(b)** |
| vs. | **ATTORNEY'S FEES** |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

## ORDER

Plaintiff filed a Motion for attorney's fees pursuant to 42 U.S.C. § 406(b). Having considered Plaintiff's Motion, Defendant's Response, Plaintiff's Amended Motion, and the supporting documents, it is hereby ORDERED that:

1) The Court GRANTS plaintiff's motion and authorizes a gross attorney's fees of $16,745.50 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act fee of $4,523.50 . Plaintiff's attorney shall therefore be awarded the net sum of $12,222.00.

2) Defendant shall release the fee of $12,222.00 minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at the address noted below.

Dated this 28th day of July, 2009

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER for 406(b) Fees- 07-5459- page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**

1 | Presented by:
  | s/Rosemary B. Schurman
2 | Rosemary B. Schurman, WSBA 11451
  | Attorney for Plaintiff
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
  | ORDER for 406(b) Fees- 07-5459- page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**