# United States District Court

WESTERN DISTRICT OF WASHINGTON

JANE M. KIRK,

        v.

COMMISSIONER of Social Security,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5459RBL-KLS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court GRANTS plaintiff's motion and authorizes a gross attorney's fees of $16,745.50 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act fee of $4,523.50. Plaintiff's attorney shall therefore be awarded the net sum of $12,222.00. and;

2. Defendant shall release the fee of $12,222.00 minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman.

    August 4, 2009                                BRUCE RIFKIN
                                                                              Clerk

                                                           */s/ Jennie L. Patton*
                                                                       By, Deputy Clerk